UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

VS. : ORDER

MICHAEL A. HALL, : CR. NO. 18-284-001 (JBS)

    Defendant. :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 10th day of May, 2018,

ORDERED that the Federal Public Defender for the District of New Jersey, (Maggie Moy, AFPD), is hereby appointed to represent said defendant in this case until further order of the Court.

                                                    _____
                                                    JEROME B. SIMANDLE
                                                    SENIOR UNITED STATES DISTRICT JUDGE